MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
JOSE RODRIGUEZ,                   :
                                  :
            Plaintiff,            :
                                  :
        - v. -                    :
                                  :   STIPULATION AND ORDER
                                  :   ~~08 Civ. 1126 (RMB) (JCF)~~
MICHAEL J. ASTRUE,                :
Commissioner of                   :   08 CIV 1126 (RMB)(JCF)
Social Security,                  :
                                  :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between the

attorney for the defendant and the plaintiff pro se, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from July 1, 2008 to

and including September 1, 2008.  The reason for the request is

that the administrative record has not yet been received by

defendant's counsel.  No previous extension has been requested

in this case.

Dated:   New York, New York
         May 30 2008

                               /s/ Jose R Rodriguez
                               JOSE RODRIGUEZ
                               Plaintiff Pro Se
                               384 Madison Street
                               Apt.#4A
                               New York, New York  10002
                               Telephone No: (212)619-1840

                               MICHAEL J. GARCIA
                               United States Attorney
                               Southern District of New York

                    By: /s/ Leslie A. Ramirez-Fisher
                               LESLIE A. RAMIREZ-FISHER
                               Assistant U.S. Attorney
                               86 Chambers Street, 3rd Floor
                               New York, New York  10007
                               Telephone No.: (212) 637-0378
                               Leslie.Ramirez-Fisher@usdoj.gov


SO ORDERED:

/s/ James C. Francis IV
UNITED STATES MAGISTRATE JUDGE
6/10/08