UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
JOSE RODRIGUEZ,                         : 08 Civ. 1126 (RMB) (JCF)
                                        :
              Plaintiff,                :    O R D E R
                                        :
    - against -                         :
                                        :
MICHAEL J. ASTRUE, Commissioner of      :
Social Security,                        :
                                        :
              Defendant.                :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/11/08

This case having been referred to the undersigned for a report and recommendation, it is hereby ORDERED as follows:

1. Defendant shall file any motion for judgment on the pleadings or summary judgment no later than September 1, 2008.

2. Plaintiff shall file answering papers no later than October 1, 2008.

3. Defendant shall file reply papers, if any, no later than October 15, 2008.

4. If all parties wish to consent to final disposition by a United States Magistrate Judge, the enclosed form should be signed and returned.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         June 11, 2008

1

Copies mailed this date:

Jose Rodriguez
384 Madison Street, # 4-A
New York, New York 10002

Leslie A. Ramirez-Fisher, Esq.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007